UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division

Case Number: 15-10133-MARTINEZ-WHITE

RICHARD TOLBERT,

    Plaintiff,

vs.

MONROE COUNTY JAIL, et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Complaint [ECF No. 1]. Judge White filed a Report and Recommendation [ECF No. 11], recommending that this Court dismiss Plaintiff's Complaint as frivolous and provide Plaintiff leave to file an amended complaint. The Court has reviewed the entire file and record and notes that the deadline for filing objections has passed, with no objections being filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's Report and Recommendation [ECF No. 11] is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

    **ADJUDGED** that

    1.    Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE.**

2. Plaintiff may file an amended complaint on or before Monday, September 28, 2015. Failure to timely file an amended complaint may result in a final dismissal of this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of August, 2015.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record